UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS



CIVIL ACTION

NO. _____

John MUCCI, pro se,

    Plaintiff,                    *

vs.                               *

Marianne SMITH, MD,               *

U Mass Medical,                   *

          Defendant.              *

                                  *

---

## VERIFIED CIVIL RIGHTS COMPLAINT

### PARTIES

1.) Mr. John Mucci is a resident of Massachusetts and a citizen of the United. He is also a prisoner at the Souza-Baranowski Correctional Center (SBCC) in Shirley, MA. The address there is : Box 8000, Shirley, MA 01464.

2.) Doctor Marianne Smith is also a resident of Massachusetts and a citizen of the United

States. She is being sued individually as well as officially for acts committed under color of state law. She works, and may be served, at: Box 8000, Shirley, MA 01464.

## JURISDICTION

3.) This Court has jurisdiction pursuant to 42 U.S.C. § 1983. The acts were committed by defendant Smith, a state employee, in the performance of here job.

## FACTS

4.) Paragraphs 1-3 are incorporated herein by reference.

5.) On October    , 2004, the plaintiff, while housed on the Special Management Unit (SMU) of SBCC, was accused of misusing his medication.

6.) On October 25, 2004, defendant Smith put a stop order on plaintiff's meds.

7.) Plaintiff maintained that there was no truth to the charges and defended himself against

the charges.

8.) On November 2, 2004, a disciplinary board heard the matter and dismissed the charges relative to misuse of medication.

9.) Defendant Smith found me guilty before I was afforded due process, and she imposed her own punishment.

10.) In SMU at SBCC, medication is either crushed and handed through the "food slot" or else a prisoner is handcuffed, his door is opened, and his ingestion of the uncrushed pills is monitored.

11.) The defendant had alternative, reasonable means of administering the meds without stopping them all together.

## CLAIMS FOR RELIEF

A. In depriving him of his duly prescribed medication prior to a finding of guilt relative to charges of misusing his medication, defendant Smith imposed upon defendant a sanction without due process of law in

violation of the 14th Amendment to the United States Constitution.

## REQUEST FOR RELIEF

The demands of due process are simple. To deprive Mr. Mucci of a medication to which he is legally entitled based on an unsubstantiated allegation (a charge eventually thrown out as unsupported by facts) that he had somehow "misused" it is illegal. There must be some process. Given the alternative measures available to allay any security concern, defendant Smith's decision violated plaintiff's rights:

Therefore, plaintiff asks that:

A.) the court grant compensatory damages for emotional suffering;

B.) punitive damages as a deterrent;

C.) a declaration of rights (M.G.L. c. 231 et seq.)

D.) and any other such relief to secure the rights of the parties.

Respectfully submitted,

John Mucci

John Mucci Pro-Se
Box 8000
Shirley, MA 01464

11/24/04

— 4 —

## VERIFICATION

I, John Mucci, hereby verify and swear that the facts as stated in the attached complaint are true and also accurate to the best of my knowledge, recollection and belief.

Sworn to under penalty of perjury.

X _John Mucci._
John Mucci

DATE: 11/24/04