UNITED STATES DISTRICT COURT.
FOR THE
DISTRICT OF MASSACHUSETTS.

CIVIL ACTION
NO: _____

John Mucci, pro, se,    *
         Plaintiff,     *
VS.                     *
Marianne Smith, MD,     *
UMass Medical,          *
         Defendant.     *

## VERIFIED CIVIL RIGHTS COMPLAINT.

### PARTIES

1.) Mr John Mucci is a resident of Massachusetts and a citizen of the United States, he is also a prisoner at the Souza-Baranowski Correctional Center (SBCC) in Shirley, MA. The address there is: P.O. Box 8000, Shirley, MA, 01464.

2.) Doctor Marianne Smith is also a resident of

SHE WORKS, AND MAY BE SERVED, AT: P.O. BOX 8000, SHIRLEY, MA, 01464.

## JURISDICTION

3.) This Court has Jurisdiction pursuant to 42 U.S.C. § 1983. THE ACTS WERE COMMITTED by DEFENDANT SMITH, a STATE EMPLOYEE, IN THE PERFORMANCE OF HER JOB.

## FACTS

4.) Paragraphs 1-3 are incorporated herein by Reference.

5.) On October 24, 2004, the Plaintiff, while housed on the Special Management Unit (SMU) of SBCC, was accused of misusing his medication.

6.) On October 25, 2004, Defendant Smith put a Stop Order on Plaintiffs Medication.

7.) Plaintiff Maintained that there was no Truth to the Charges and Defended Himself against the Charges.

8.) On November 2, 2004, a Disciplinary board heard the Matter and <u>Dismissed</u> the Charges Relative to Misuse of Medication.

10.) In SMU at SBCC, medication is either crushed and handed through the "Food Slot" or else a prisoner is handcuffed, his "Door" is opened, and his ingestion of the uncrushed pills is monitored.

11.) The defendant had alternative, reasonable means of administering the med's without stopping them all together.

## CLAIMS FOR RELIEF

A.) In depriving him of his daily prescribed medication prior to a finding of guilt relative to charges of misusing his medication, Defendant Smith imposed upon Defendant a sanction without due process of law in it is clear that you have her dead to rights. The problem is this: in order to establish a claim against them, you have to show that you were punished or recieved a serious injury.

Violation of the 14th Amendment to the United States Constitution.

## REQUEST FOR RELIEF.

The demands of due process are simple: To deprive Mr. Mucci of a medication to which he is legally entitled based on an unsubstantiated allegation (a charge eventually thrown out as unsupported by facts) that he had somehow "misused" it is illegal. There must be some process "given" the alternative measures available to allow any security concern. Defendant Smith's decision violated plantiffs rights:
Therefore, plantiff asks that:

A.) The court grant compensatory damages for emotional suffering.
B.) Punitive damages as a deterrent.
C.) A declaration of rights (M.G.L.C 231 et seq)
D.) and any other such relief to secure the rights of the parties.


Respectfully submitted,
John Mucci
John Mucci, Pro, Se.
P.O. Box, Shirley, MA. 01464.

DATE: 12-22-04

# VERIFICATION

I John Mucci, hereby verify and swear that the facts as stated in the attached Complaint are True and Also accurate to the Best of My knowledge, Recollection and Belief. Sworn to under penalty of perjury.

DATE: 12-22-04

X _John Mucci_
John Mucci