UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN MUCCI, pro se, <br>     Plaintiff, | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| v. | ) <br> ) | CIVIL ACTION NO.: |
| MARIANNE SMITH, MD, <br> UMASS MEDICAL, <br>     Defendant. | ) <br> ) <br> ) <br> ) | |

**ANSWER OF DEFENDANT, MARIANNE SMITH, MD,
TO PLAINTIFF'S COMPLAINT**

**FIRST DEFENSE**

The plaintiff's Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

The defendant responds to the allegations contained in the plaintiff's Complaint, paragraph by paragraph, as follows:

PARTIES

1. The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

2. The defendant admits that she is a resident of Massachusetts and a citizen of the United States. The defendant further admits that she is a physician who has provided medical services at the Souza-Baranowski Correctional Center in Shirley, Massachusetts. The defendant denies the remaining allegations contained in this paragraph of the plaintiff's Complaint.

955535v1

## JURISDICTION

3.   No response to this paragraph is required as it contains a conclusion of law. However, to the extent the allegations in this paragraph of plaintiff's Complaint are intended to apply to this defendant, they are denied.

## FACTS

4.   The defendant repeats and reavers her responses to paragraph 1 – 3 as if fully set forth herein.

5.   The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertains to this defendant, the allegations are denied.

6.   The defendant denies the allegations contained in this paragraph of the plaintiff's Complaint.

7.   The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertains to this defendant, the allegations are denied.

8.   The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertains to this defendant, the allegations are denied.

9.   The defendant denies the allegations contained in this paragraph of the plaintiff's Complaint.

10.   The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertains to this defendant, the allegations are denied.

955535v1

11. The defendant denies the allegations contained in this paragraph of the plaintiff's Complaint.

## CLAIMS FOR RELIEF

A. The defendant denies the allegations contained in this paragraph of plaintiff's Complaint, and denies that the plaintiff is entitled to any of the relief he has requested in this matter.

## REQUEST FOR RELIEF

The defendant denies the allegations contained in this paragraph of plaintiff's Complaint, and denies that the plaintiff is entitled to any of the relief he has requested in this matter.

## THIRD DEFENSE

The defendant denies that the plaintiff is entitled to any of the relief requested in his Complaint.

## FOURTH DEFENSE

By way of affirmative defense, the defendant says that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct this defendant was not and is not legally responsible.

## FIFTH DEFENSE

By way of affirmative defense, the defendant says that the action is barred by the applicable statute of limitations.

## SIXTH DEFENSE

By way of affirmative defense, the defendant says that the action should be dismissed because of lack of jurisdiction over the defendant.

## SEVENTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff, by his conduct and actions and/or the conduct and actions of his agents and servants, is estopped to recover any judgment against the defendant.

## EIGHTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff, by his conduct and actions and/or the conduct and actions of his agents and servants, has waived any and all rights he may have had against the defendant, and, therefore, the plaintiff cannot recover in this action.

## NINTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff consented to the defendant's alleged conduct, acts and statements and, therefore, the plaintiff cannot recover.

## TENTH DEFENSE

By way of affirmative defense, the defendant says that he is protected from liability by a qualified immunity for any of the matters raised in the plaintiff's Complaint.

**THE DEFENDANT DEMANDS A TRIAL BY JURY ON ALL ISSUES.**

| | |
|---|---|
| I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on the 26th day of January, 2005.<br><br>/S/ James A. Bello<br>_____<br>James A. Bello | The Defendant,<br>MARIANNE SMITH, M.D.<br>By her attorneys,<br><br>/S/ James A. Bello<br>_____<br>James A. Bello, BBO # 633550<br>Boaz N. Levin, BBO # 659904<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |

955535v1