AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

FILED
IN CLERKS OFFICE

2005 JAN 18 P 3: 19

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER: 04-12726-DPW

I, __John Mucci__ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Souza-Baranowski Correctional Center__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   __Last date of employment was 6/7/03 union rate 16.41 $ employer was ok construction__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends             ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☑ No
   d. Disability or workers compensation payments      ☐ Yes    ☑ No
   e. Gifts or inheritances                            ☑ Yes    ☐ No
   f. Any other sources                                ☑ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

Family gave me Christmas and birthday money on 12-14-04 my mother gave me $50.00 and on 1-10-05 my brother T. gave me $20.00 on 12-16-04 my father gave me $50.00 for Christmas and on 1-10-05 my father gave me $20.00. My family provides me with money for books, soap, toothpaste, shampoo, toilet paper, etc. for personal hygiene.

4. Do you have any cash or checking or savings accounts?    ☑ Yes    ☐ No
(Inmate account)
If "Yes," state the total amount.  $79.05 in my inmate account, I received the these papers - Inmate Transaction Report.

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. I pay child support when I am home, due to incarceration now, the child support was modified $20.00 per month. When I work I pay $347.00

I declare under penalty of perjury that the above information is true and correct.

1-13-05                    Jim Mucci
Date                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

— Thank you —
John Mucci

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050112 08:33

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Commit# : | W83736 | | | | SOUZA-BARANOWSKI CORRECTIONAL | | | Page: 1 |
| Name : | MUCCI, JOHN, , | | | | Statement From | 20020101 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | | To | 20050112 | | |
| Block : | L3 | | | | | | | |
| Cell/Bed : | 207/A | | | | | | | |

FILED IN CLERKS OFFICE
2005 JAN 18 P 3:19
U.S. DISTRICT COURT
DISTRICT OF MASS

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040610 07:27 | ML - Mail | 2923665 | | CON | ~2 JACKSON RIDGE ROAD | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040610 12:11 | AJ - Adjustments | 2940541 | | CON | ~FROM A89402 | $13.55 | $0.00 | $0.00 | $0.00 |
| 20040615 08:28 | VI - Visitation | 2954055 | | CON | ~ANDERSON, JUNE, , | $15.00 | $0.00 | $0.00 | $0.00 |
| 20040615 08:28 | TI - Transfer from Institution | 2954058 | | CON | | $0.00 | $48.55 | $0.00 | $0.00 |
| 20040615 08:28 | TI - Transfer from Institution | 2954059 | | SBCC | | $48.55 | $0.00 | $0.00 | $0.00 |
| 20040630 09:56 | ML - Mail | 3016819 | | SBCC | ~JUNE ANDERSON | $15.00 | $0.00 | $0.00 | $0.00 |
| 20040707 09:25 | ML - Mail | 3042883 | | SBCC | ~UNKNOWN | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3086917 | | SBCC | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20040723 22:30 | CN - Canteen | 3137863 | | SBCC | ~Canteen Date : 20040723 | $0.00 | $19.37 | $0.00 | $0.00 |
| 20040730 22:30 | CN - Canteen | 3164552 | | SBCC | ~Canteen Date : 20040730 | $0.00 | $15.93 | $0.00 | $0.00 |
| 20040804 14:59 | CI - Transfer from Club to Inmate A/c | 3174062 | | SBCC | ~canteen refund 7/30/04~W83736 MUCCI,JOHN  PERSONAL~KCN WASH ACCOUNT - Z5 | $1.28 | $0.00 | $0.00 | $0.00 |
| 20040806 22:30 | CN - Canteen | 3193734 | | SBCC | ~Canteen Date : 20040806 | $0.00 | $14.07 | $0.00 | $0.00 |
| 20040811 17:04 | IS - Interest | 3220756 | | SBCC | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20040813 09:24 | CI - Transfer from Club to Inmate A/c | 3236208 | | SBCC | ~REFUND FROM 8/6 ~W83736 MUCCI,JOHN PERSONAL~KCN WASH ACCOUNT - Z5 | $3.01 | $0.00 | $0.00 | $0.00 |
| 20040813 12:10 | ML - Mail | 3236906 | | SBCC | ~JUNE ANDERSON | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040813 22:30 | CN - Canteen | 3237406 | | SBCC | ~Canteen Date: 20040813 | $0.00 | $8.82 | $0.00 | $0.00 |
| 20040820 22:30 | CN - Canteen | 3266140 | | SBCC | ~Canteen Date : 20040820 | $0.00 | $14.07 | $0.00 | $0.00 |
| 20040826 10:13 | ML - Mail | 3288593 | | SBCC | ~JUNE ANDERSON | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040827 22:30 | CN - Canteen | 3294389 | | SBCC | ~Canteen Date : 20040827 | $0.00 | $7.17 | $0.00 | $0.00 |
| 20040903 22:30 | CN - Canteen | 3322308 | | SBCC | ~Canteen Date : 20040903 | $0.00 | $19.94 | $0.00 | $0.00 |
| 20040907 11:06 | EX - External Disbursement | 3325804 | 22374 | SBCC | ~BOOKS~EDWARD R HAMILTON | $0.00 | $43.70 | $0.00 | $0.00 |
| 20040907 11:06 | IC - Transfer from Inmate to Club A/c | 3325805 | | SBCC | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040908 16:51 | IS - Interest | 3346838 | | SBCC | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20040910 22:30 | CN - Canteen | 3364843 | | SBCC | ~Canteen Date : 20040910 | $0.00 | $9.62 | $0.00 | $0.00 |
| 20040913 10:09 | ML - Mail | 3366951 | | SBCC | ~UNKNOWN | $75.00 | $0.00 | $0.00 | $0.00 |
| 20040915 10:27 | EX - External Disbursement | 3376254 | 22529 | SBCC | ~B-DAY GIFT ~BRANDY BUCKNELL | $0.00 | $25.00 | $0.00 | $0.00 |
| 20040917 22:30 | CN - Canteen | 3394250 | | SBCC | ~Canteen Date : 20040917 | $0.00 | $19.89 | $0.00 | $0.00 |
| 20040924 22:30 | CN - Canteen | 3421337 | | SBCC | ~Canteen Date : 20040924 | $0.00 | $12.81 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050112 08:33

Page : 2

| Commit# : | W83736 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | | |
| Name : | MUCCI, JOHN | | | Statement From | 20020101 | | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | | To | 20050112 | | |
| Block : | L3 | | | | | | | |
| Cell/Bed : | 207/A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041001 22:30 | CN - Canteen | 3449049 | | SBCC | ~Canteen Date : 20041001 | $0.00 | $17.23 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3511884 | | SBCC | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20041015 09:36 | ML - Mail | 3527401 | | SBCC | ~UNKNOWN | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041015 09:36 | MA - Maintenance and Administration | 3527402 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041020 10:45 | IC - Transfer from Inmate to Club A/c | 3543908 | | SBCC | ~postage/property~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.85 | $0.00 | $0.00 |
| 20041022 22:30 | CN - Canteen | 3561318 | | SBCC | ~Canteen Date : 20041022 | $0.00 | $12.64 | $0.00 | $0.00 |
| 20041026 09:01 | ML - Mail | 3569010 | | SBCC | ~JOE MUCCI | $75.00 | $0.00 | $0.00 | $0.00 |
| 20041029 22:30 | CN - Canteen | 3591096 | | SBCC | ~Canteen Date : 20041029 | $0.00 | $19.96 | $0.00 | $0.00 |
| 20041102 09:05 | ML - Mail | 3599117 | | SBCC | ~EDWARD HAMILTON REFUND | $17.85 | $0.00 | $0.00 | $0.00 |
| 20041102 09:05 | MA - Maintenance and Administration | 3599118 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041105 22:30 | CN - Canteen | 3625591 | | SBCC | ~Canteen Date : 20041105 | $0.00 | $20.00 | $0.00 | $0.00 |
| 20041108 11:23 | EX - External Disbursement | 3628541 | 23316 | SBCC | ~MAG SUB ~ALICE GRANT | $0.00 | $42.00 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3657405 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20041112 22:30 | CN - Canteen | 3673331 | | SBCC | ~Canteen Date : 20041112 | $0.00 | $10.60 | $0.00 | $0.00 |
| 20041129 11:49 | ML - Mail | 3734454 | | SBCC | ~J.A. 2 JACKSON RIDGE | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041207 17:01 | IS - Interest | 3790354 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20041214 09:57 | ML - Mail | 3826073 | | SBCC | ~JUNE ANDERSON | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041214 09:57 | MA - Maintenance and Administration | 3826074 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041216 08:56 | ML - Mail | 3842440 | | SBCC | ~CHELMSFORD | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041217 08:13 | IC - Transfer from Inmate to Club A/c | 3848448 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.48 | $0.00 | $0.00 |
| 20041217 22:30 | CN - Canteen | 3850726 | | SBCC | ~Canteen Date : 20041217 | $0.00 | $19.50 | $0.00 | $0.00 |
| 20041223 22:30 | CN - Canteen | 3883039 | | SBCC | ~Canteen Date : 20041223 | $0.00 | $19.57 | $0.00 | $0.00 |
| 20041224 10:02 | EX - External Disbursement | 3886019 | 23920 | SBCC | ~BIBLE~CROSSROAD BIBLE INSTITUTE | $0.00 | $2.00 | $0.00 | $0.00 |
| 20041230 22:30 | CN - Canteen | 3914328 | | SBCC | ~Canteen Date : 20041230 | $0.00 | $17.44 | $0.00 | $0.00 |
| 20050106 08:49 | IC - Transfer from Inmate to Club A/c | 3942358 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050107 08:12 | IC - Transfer from Inmate to Club A/c | 3948296 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.40 | $0.00 | $0.00 |
| 20050110 08:18 | IC - Transfer from Inmate to Club A/c | 3952541 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.48 | $0.00 | $0.00 |
| 20050110 11:04 | ML - Mail | 3954312 | | SBCC | ~UNKNOWN | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050110 11:04 | MA - Maintenance and Administration | 3954313 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050110 11:14 | ML - Mail | 3954370 | | SBCC | ~JUNE ANDERSON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050111 08:26 | IC - Transfer from Inmate to Club A/c | 3958265 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.74 | $0.00 | $0.00 |

On 1-13-05 I received a motion and order and was application to proceed without prepayment of fees.

FILED
IN CLERKS OFFICE
2005 JAN 18 P 3:19
U.S. DISTRICT COURT
DISTRICT OF MASS

John Mucci
    Plaintiff             C.A. No. 04-12726 DPW
    vs
Kathleen Smith, MD, et al
    Defendants


/s/ Douglas P. Woodlock
    United States District Judge


Dates      /s/ John Mucci
          John Mucci

## VERIFICATION

I John Mucci, HEREBY VERIFY and SWEAR That The FACTS AS STATED ABOUT my personal Inmate Account is True and Accurate To The BEST of my knowledge, recollection, and Belief. Sworn To Under penalty of perjury.

DATE: 1-13-05

X _____
John Mucci

- Thank you -