3-1-05

FILED
CLERKS OFFICE
2005 MAR -3 P 2:56
U.S. DISTRICT COURT
DISTRICT OF MASS.

Could you please let me know what's up with my civil case - Mucci v. Smith's case # 1:04-cv-12726-DPW. I'm sure you busy, so when you get a chance.

— Thank you —
John Mucci
1/10/71

John Mucci, w# 85736
Souza Baranowski Correctional Center
P.O. Box 8000
Shirley, MA. 01464