Barbara Morse, on 3-10-05 filed some paper work about the civil case i filed #: 1:04-cv-12726-DPW. A docket text.
I am a little confused. I hopes you would be willing to tell me were this case is as far as what i need to do to go forward.
I already sent a six month prison account statement to you office weeks ago. Did you get it? On the docket text it says 03-03-2005 @8 Letter/Request (Non motion) from John Mucci. (Nici, Richard)(Entered 03-08-2005, what does this mean? Were do i stand with the Application to proceed without prepayment & Fees.
I'm sure your very busy, if you can would you please let me know were i am at with this.

Thank You

John Mucci

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### DISCIPLINARY REPORT

Inmate: MUCCI, JOHN
Commit No: W83736    Housing Unit: L3
Date: 24-OCT-2004    D-Report No.: 45193    Institution: SOUZA-BARANOWSKI CORRECTIONAL

FILED IN OFFICE
2005 MAR 14 P 3:28
U.S. DISTRICT COURT
DISTRICT OF MASS

| Offense | Sanction | Days |
|---|---|---|
| 01-DISOBEYING AN ORDER, LYING INSOLENCE | Loss Telephone | 60 |
| 02-VIOLATING ANY DEPARTMENT RULE OR REGULATION | Comb W/#1 | 0 |
| **11-MISUSE OF AUTHORIZED MEDICATION** | **Dismissed** on 11/2/04 | |
| 19-OBSCENE/ABUSIVE/THREAT LANGUAGE | Loss Canteen | 60 |
| 24-POSS OF ITEMS, NOT AUTHORIZED | Loss TV/Radio | 60 / 30 Days suspended |

Reviewing Authority _____
Date _____ Time _____

Barbara, This is why i filed a case on Dr Smith because she put a stop to my medication 9 days before my disciplinary hearing. The hearing officer is the person who decides if my charge of misuse of medication is dismissed or not. Dr Smith took this matter and made the decision to stop the meds. As you can see this was dismissed. I have been on this medication years before going to jail.

Thank you

John Mucci

20041102 13:13