UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN MUCCI, pro se,<br>    Plaintiff,<br><br>VS.<br><br>MARIANNE SMITH, M.D.,<br>UMASS MEDICAL,<br>    Defendant. | CIVIL ACTION NO. 04-CV-12726-DPW |

## DEFENDANT, MARIANNE SMITH, M.D.'S, MOTION FOR SUMMARY JUDGMENT

The defendant, Marianne Smith, M.D., by counsel, moves this Honorable Court, pursuant to Mass. R. Civ. P. 56, for summary judgment in her favor and against the plaintiff on all claims. As grounds therefor, the defendant directs the Court to the accompanying Memorandum of Law and states the following:

1. This is a civil rights claim by a *pro se* inmate, alleging violations of his due process rights.

2. Plaintiff has not and cannot demonstrate that the defendant violated his Fourteenth Amendment Due Process right by stopping his Ritalin medication.

3. In the face of the medical records, the incident reports, and the supporting Affidavit by defendant Smith, the plaintiff has not and cannot demonstrate that, under the Eighth Amendment, defendant was deliberately indifferent to his medical needs.

                                                  The Defendant,
                                                  MARIANNE SMITH, M.D.
                                                  By her attorneys,

I hereby certify that a true copy of the above document was served upon the *pro se* plaintiff by mail on the 9th day of May, 2005.

/S/ Lisa R. Wichter
_____
Lisa R. Wichter

/S/ Lisa R. Wichter
_____
James A. Bello, BBO #633550
Lisa R. Wichter, BBO #661006
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

961199v1