UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN MUCCI                            ,
                          Plaintiff,


            v.                              Civil Action No.  04-12726-DPW

MARIANNE SMITH, M.D.            ,
                          Defendant.

ORDER ON APPLICATIONS TO PROCEED
WITHOUT PREPAYMENT OF FEES

Now before the Court are plaintiff's applications to proceed without prepayment of fees
under 28 U.S.C. § 1915:

FINDINGS

A.     Is plaintiff a "prisoner" as defined in 28 U.S.C. § 1915(h) and/or 28 U.S.C. §
       1915A(c):

                    Yes    ☒      No    ☐

B.     Is a filing fee under 28 U.S.C. § 1915(b) to be assessed at this time:

       1.  Yes  ☐   Plaintiff is obligated to pay the entire statutory filing fee
                    immediately.  See 28 U.S.C. § 1915(b)(1); 28 U.S.C. § 1914
                    ($150.00 for a civil action).

       2.  Yes  ☒   An initial partial filing fee of  $ 9.21      is assessed pursuant to 28
                    U.S.C. § 1915(b)(1).  The remainder of the fee  $ 140.79    is to be
                    assessed in accordance with 28 U.S.C. § 1915(b)(2).

       3.  Yes  ☐   Plaintiff has proffered evidence of being without funds for six
                    months and being currently without funds.  Under 28 U.S.C. §
                    1915(b)(2), plaintiff is assessed an obligation to make monthly
                    payments of 20 percent of the preceding month's income credited
                    to the prisoner's account until the $150.00 filing fee is paid in full.

       4.  No   ☐   Plaintiff is not assessed an initial partial filing fee or obligation to
                    make monthly payments at this time.

Order on Application to Proceed
Without Prepayment of Fees                                                  Page 2

---

## ORDERS

Based upon the foregoing:

1.      The application to proceed without prepayment of fees are GRANTED.

        Yes  ☒     No  ☐

2.      If a filing fee assessment has been made under paragraph B above, is it a
        provisional finding that is subject to early modification:

        Yes  ☒     No  ☐

        If the above answer is Yes, the following applies:

        If the plaintiff files, within 35 days of the date of this Order, a certified copy of
        his/her prison trust account or a statement signed by plaintiff under the pains and
        penalties of perjury demonstrating eligibility to proceed in this action without
        paying an initial partial filing fee or without payment of any fee assessed above,
        the Court will consider the certification or statement in determining whether to
        modify any fee assessment under 28 U.S.C. § 1915(b)(2).

3.      The Clerk shall send a copy of this Order to the institution having custody of
        plaintiff:

        Yes  ☒     No  ☐

4.      The Plaintiff is advised that, unless he files a motion for extension of time, he has
        twenty-one (21) days from the date of this order to file his opposition, if any, to
        defendant's summary judgment motion (Docket No. 13, filed May 9, 2005).

SO ORDERED.


 May 16, 2005                       /s/ Douglas P. Woodlock
DATE                                UNITED STATES DISTRICT JUDGE