5-19-05

Barbara Morse, i can not afford the fee's to go to court, any extra money me or family (parents) get goe's to my sister and her mother, so if its going to cost me anything i can not go foword.

Thank you

John Mucci

Case Number: 1:04-cv-12726.-DPW