04 - 12726 - DPW

BaRBaRa MoRSE, Due To the CosT oF the
CourT Costs ETC, i will NoT Be ABle To go
ForwarD, I wroTe To the TReasuRER HERE
AT   SBCC and She Told me To wRiTe To you
and Explain, The TReasuRes oFFice Needs iN
wRiTing FRom YouR CourT thaT this Case
is NoT going FowarD,

                    Thank You and Sorry to
                    BotheR You


                         John Mucci

Could you please ReFuND
Me $ 9.21