```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

JOHN MUCCI, PRO SE,
    Plaintiff

                                       CIVIL ACTION NO.
v.                                       04-12726-DPW

MARIANNE SMITH, M.D.,
UMASS MEDICAL
    Defendant

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's ruling entered June 13, 2005, granting the Defendant's Motion to Dismiss, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                       BY THE COURT,

                                       /s/ Michelle Rynne
                                       Deputy Clerk

DATED: June 15, 2005