7-13-05

My Civil case # No. is .04-CV-12726-Dpw. In December of 2004 I filed an application to proceed without payment of fee's & affidavit.

When your court said that i would be responsible for $150.00. That 20% of my monthly inmate personal account, i wrote three different letters to your court explaining Due to the fact that i could not afford to bring this to court i need to end, put a stop to go forward. Then on 5-20-05 $9.21 was taken out of my inmate account, Then on 7-12-05 $16.42 was taken out. Please contact the Treasurer's office here or send my money back to the Treasures office. Your court sent me a copy of the motion to stop this case from going forward, But the money continues to be taken out.

Thank you

John Mucci
W#83736

ON 7-12-05 $16.42 was TAKEN OUT of my INMATE personal account. IN DECEMBER 2004 I FILLED AN APPLICATION to proceed without PAYMENT OF FEE'S AND AFFIDAVIT. When your COURT WROTE BACK TO ME AN EXPLAINED that i would Be RESPONSIBILITY FOR $150.00 AND They would TAKE 20% of what AMOUNT IS IN MY ACCOUNT FOR that MONTH. I WROTE BACK RIGHT AWAY AND EXPLAINED that i COULD NOT AFFORD to PAY ANY AMOUNT AND that was the REASON WHY i FILLED OUT the APPLICATION to proceed without PAYMENT. LAST MONTH i Received Some type of MOTION that was granted For DISMISSIL of this case. (Judge WOODLOCK). From your COURT.

So FAR i have Been Charged ON 5-20-05 $9.21 AND Again ON 7-12-05 $16.42. The purpose For me Filling out the APPLICATION To proceed without payment was that i COULD NOT AFFORD to go Forward. IF i was TOLD From the Beggining that this would COST $150.00 ~~AND NOT GOING TO~~ AND i would HAVE TO PAY $150.00, what was the PURPOSE of Filling OUT the APPLICATION to proceed without PAYMENT.

I REALIZE the COURT is BUSY, BUT please SQUARE this AWAY when you get a Chance. The TREASURERS OFFICE here is the ONE who SENT the PAYMENTS