7-15-05

#1

Civil Docket # 1:04-CV-12726-DPW.

Judge Woodlock,

When i first filed a lawsuit against Dr Smith your court wrote to me an explained there is a fee, i then wrote back explaining i do not have money to go to court, So your court sent me an Application to proceed without prepayment of Fee's & AFFIDAVIT

i filled that out and sent it to your court, Then your court said it would cost $150.00 20% a month taken out of my Inmate Account.

I then wrote to your court clearly explaining there is no way i can afford this, Then you sent me a some paperwork saying that Do to my request for dropping the lawsuit, you dropped it, you sent me some type of motion to that effect.

Then in May 20th 2005 the court took $9.21 then skipped a month, then July 12th 2005 The Court Took Another $16.42.

The reason why i filed the application to proceed without payment was that i could not afford to pay the court fee, Now the court is still taking the money. My Mom called your court 7-15-05

#2

I cant afford this money taken out once a month, that is why i filled out the application, if you continue to take money out OR do not waive the fee and return the money already taken out, i want to proceed. I was missled. Again why not go to court if I'm paying the same amount after explaining several times in writing it cant go forward. Do to the $150.00 Fee

"Please let me know what is going on."

Thank you

John Mucci

Civil Docket #

1:04-CV-1276-DPW

# UNITED STATES DISTRICT COURT

District of _____

ATTACHMENT 5

JOHN MUCCI
Plaintiff

V.

DR. MaRiaNNe Smith.
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, John Mucci _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration   SouzA-BaraNowski CORR. CenTeR

   Are you employed at the institution? NO   Do you receive any payment from the   NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   INCarcERaTeD

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No   CaNTeeN MoNey
   e. Gifts or inheritances   ☐ Yes   ☒ No   From Family For
   f. Any other sources   ☐ Yes   ☒ No   CosmeTics, Soap, Razor, Toothepast

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

    If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

    If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   X X X

I declare under penalty of perjury that the above information is true and correct.

_____12-3-04_____          _____John Mucci_____
        Date                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.