Judge Woodlock

On 7-15-05 my mom called your court and talked to a women Michelle at (617) 748-9170 and and she pulled up Dockett #1:04-CV-12726-DPW

The Reason why my mom called is i filled out an Application to proceed without payment of Fee's & Affidavit. And am Now Being Charged on 5-20-05 # 9.21 & on 7-12-05 # 16.42

I wrote to your court clerk a few times explaining i could not afford the $ 150.00  20% a month Taken out of my inmate Account. So i need to drop the Lawsuit, But my mom was told by Michelle that i got the Attention of the court and Judge Woodlock issued a 4-page Memorandum on it and that we should write to Judge Woodlock and ask Judge to waive the Filing Fee, So the Court will stop taking out what little money my mom can afford . If i have to pay the Fee, why not go forward on the case ? If I'm paying, I want to go to court, I am honestly very confused why the court sent me the application to proceed without payment and then start taking our money Please write back and tellme

*This is my moms letter to me about your court*

Jan,

[She] called me [sometime] about the case, [originally spoke] to a Michelle at 617-748-9178.

She [picked] up the docket # 04-CV-127-26
D.P.W.

and said charges were made cause you still got the full attention of the court and Judge Woodlock issued a 4 page memorandum on it. [She] said it seemed [unfair] but she said attention was still given to it and you can only write to the Judge ~~court~~ (file a motion) and ask Judge Woodlock to waive the ^filing fee. Must use docket # and address to Judge W —

    U.S. District Court
    1 Courthouse Way
    Boston MA. 02210

and refer to case - docket number. Enclosed is a [ ] [dollar] money order. Only use 10 [and] not the rest toward your court charges for Jasmin — At this time I'm [skrimping] to send you extra but i can't always send

You this infra - [illegible] see me any next - business has been very slow - just picked up Friday.

Enclosed is another notice for your book - when you get out we'll all have a good laugh -

That is great news about your time - I'm happy for you - all things will work out -

I'll be up to see you soon - Hang in - Continue to make the right choices and all will work out -

Love & Hugs -

Mom