7-21-05

CLERK, please Forward Any and All copies that Show my Request to withdraw From going Forward on the Civil Case # 1:04-CV-12726-DPW. Due to The Fact that I could Not Afford to go Forward.

Also please Send me the paperwork to Re-open the Case. IF I am Still Responsible For the Filing Fee's and Continue to get charged For a Court Case that was Dissmised upon my Request, why NOT go Forward iF I'm getting Charged. So FAR on 5-20-05 and 7-12-05 I was charged $25.63 And was Told I am Still Responsible even tho I Filled out An Application to proceed without payment of Affidavit.

"Thank you"

John Mucci