7-21-05

Judge Woodlock,

The Reason why I Requested to withdraw from Civil Case # 1:04-CV-12726-Dpw was Because I could not afford to go Forward, I Filled out the Application to proceed without payment of Fee's & Affidavit and on 5-20-05 and 7-12-05 I was Charged a Total of $25.63 IF the money continues to Be Taken out of my Inmate Account, please Send me the proper paperwork to Re-open the Case, IF I'm getting Charged, I might as well go Forward.

Thank You

John Mucci

My mom called 7-12-05 and Talked to a Michelle about this.