7-22-05

Judge Woodlock,

I Requested that the Civil Case # 1:04-CV-12726-DPW Be Dissmised Due to the Fact That After Filling out the Application to proceed without payment of Fee's & Affidavit, i was told that 20% of my Inmate Account would Be Taken out, so far $26.00 has Been Taken out.

If the Court is going to Continue to Take money out monthly, please send me the proper paperwork to Re-open the Case.

Thank You

John Mucci