7-27-05

Judge Woodlock,

Could you please respond to the letters i have written to you. I filled out the application to proceed without payment of fee's and Affidavit, when your court told me i would be responsible for $150.00 I wrote to you and explained that i could not afford this, what little money my mom gives me i wanted to by my 5 yr old daughter a few books from a book club, please respond to my letters.

Thank you

John Mucci

P.S. on 5-20-05 $9.21 was sent to your court on 7-12-05 $16.42 was sent to your court. If i am responsible for the payments, please send me the paperwork or information to re-open the case, if I'm getting charged I might as well go to court

J.M.