7-29-05

Judge Douglas Woodlock

I filled out an application to proceed without payment of ~~application~~ & Fees & Affidavit. So far on 5-20-05 $9.21 was taken out of my Inmate Account and 7-12-05 $16.42 was taken out, My mom does not have a lot of money, she gives me what she can so i can buy stamps, paper, pens, soap etc

If the court is going to charge me the $150.00 please send me the paperwork & Information to Re open my case # 04-CV-12726-DPW

Thank You

John Mucci