10-23-05

Barbara, Morse.

I have paid $71.04 For Docket Case # 1:04-CV-12726-Dpw. I Filled out the Application to proceed without prepayment of Fees and Affidavit. I was Told By Your Court that if i was to go Forward with this case i would Be Responsible for $150.00 FEE.

When i Found this out i wrote to your court Two seperate Times explaining i could not Afford the FEE So i must Cancel and Withdraw Completely, i cant afford this I am incarcerated. That is why i Filled out the Form to proceed without payment.

I payed the initial FEE of  $9.21
                              + 16.42
                              + 45.41
                        Total $71.04

This is more than i can Afford, My mom sends me a small Amount of Money For Cosmetics - Soap, Razor, stamps, Envelopes, Deoderant.

Again i cant Afford this money. Please write Back To me with a Response

Thank you John Mucci